

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2022

No. 04-22-00159-CR

Juan **ORTIZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 18-08-137-CRW-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

On August 22, 2022, appellee filed a "Motion for Leave to File Out of Time Extension to File Brief." On that same date, appellee also filed its brief. The motion is GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court